**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                                                              CASE NO. 8:02-CR-424-T-17-MAP

KABIL DJENASEVIC
_____/

**ORDER DENYING MOTION**

　　　　This cause is before the Court on defendants' motion to withdraw plea of guilty (Docket No. 142) and the government's response thereto (Docket No. 144).  The Court finds the response persuasive and incorporates it by reference herein.  This Court took the plea of guilty in question and vividly recalls the circumstances surrounding entry of the plea.  The Court finds the defendant's allegations in support of the motion to withdraw to be without any basis in fact.  This Court is satisfied that the plea of guilty was entered freely, voluntary, and with the requisite knowledge.  Accordingly, it is

　　　　**ORDERED** that the motion to withdraw plea of guilty be **denied** and this case will be set for sentencing as soon as time be comes available on the Court's calendar.

　　　　**DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of October, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record
　　　　　　Cindy Leigh-Martin, CRD