UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KABIL ANTON DJENASEVIC,

v.  Case No. 8:02-cr-424-T-17MAP
     8:09-cv-212-T-17MAP

UNITED STATES OF AMERICA.

_____

ORDER

This cause is before the Court upon the Eleventh Circuit's remand order in the civil case. The remand order has the following instructions:

> Consequently, we reverse the ruling of the district court, remand the case to a new judge. The new district judge shall convene a hearing and determine whether the petitioner wishes to withdraw his guilty plea. If the Petitioner elects to withdraw his guilty plea, the district court shall vacate his conviction and sentence and proceed accordingly.

Pursuant to the remand, the Court orders:

That the Clerk assign the civil case and the criminal case to a new judge by random draw.

ORDERED at Tampa, Florida, on JULY 1st, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

AUSA: Kathy J.M. Peluso
Kabil Anton Djenasevic
USCA