UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              CASE No. 8:02-cr-424-T-27MAP

KABIL ANTON DJENASEVIC,

        Defendants.
_____/

## REPORT AND RECOMMENDATION

Before the Court is Defendant's motion to appeal *in forma pauperis* (doc. 435). On February 13, 2015, Plaintiff filed a Notice of Appeal (doc. 433), which challenges the Court's order denying his motion to reconsider the denial of his motion to dismiss (*see* docs. 429, 431). Notwithstanding his indigent status, Plaintiff has no absolute right to appeal *in forma pauperis.* To the contrary, his ability to appeal without prepayment of fees and costs is conditioned by Fed. R. App. P. 24(a)(3), which provides that "[a] party . . . who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless: (A) the district court – before or after the notice of appeal is filed – certifies that the appeal is not taken in good faith . . . ." *Id.; see also Mellen v. State of Fla.*, No. 3:13-cv-1233-J-34PDB, 2014 WL 5093885, at *12 (M.D. Fla. Oct. 9, 2014). The court must state in writing its reasons for the certification. *Id.* A party demonstrates good faith by seeking appellate review of an issue that is not objectively frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Defendant has failed to identify any colorable basis for appeal of the Court's order

denying his post-conviction motion to dismiss the indictment as untimely.  Instead, he alleges the Court wrongly denied his motion because his trial lawyer's actions and knowledge should not be imputed to him  (doc. 433).  He does not include any further argument or legal basis for his appeal.  The Court's dismissal order (doc. 429) as well as the order denying Defendant's request for reconsideration (doc. 431) contain the Court's reasoning.  Accordingly, this Court concludes that the instant appeal is not taken in good faith.  Defendant is therefore ineligible for *in forma pauperis* status pursuant to Fed. R. App. P. 24(a)(3)(A).  It is therefore

    RECOMMENDED:

    1.  that Defendant's Motion for Leave to Proceed on Appeal *in Forma Pauperis* (doc. 435) be **DENIED**.

    IT IS SO REPORTED at Tampa, Florida on April 27, 2015.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

    Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attaching the factual findings on appeal.  28 U.S.C. § 636(b)(1).