UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.   Case No. 8:02-CR-424-T-27MAP

KABIL ANTON DJENASEVIC,
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's Motion to Appeal *In Forma Pauperis* (Dkt. 435) be DENIED (Dkt. 443). Defendant filed objections to the Report and Recommendation (Dkt. 444).

After careful consideration of Report and Recommendation, Defendant's objections, in conjunction with a *de novo* review of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court finds that the issues Defendant seeks to raise on appeal, are "without arguable merit in law or fact," and therefore are not brought in good faith. Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Dkt. 443) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion to Appeal *In Forma Pauperis* (Dkt. 435) is DENIED.

**DONE AND ORDERED** in Tampa, Florida, on this 15th day of June, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record