UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:02-cr-424-T-27MAP

KABIL ANTON DJENASEVIC
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's motion for permission to appeal *in forma pauperis* (Dkt. 492) be **DENIED** (Dkt. 494).

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation submitted by the Magistrate Judge (Dkt. 494) is adopted, confirmed and approved in all respects and is made part of this Order for all purposes, including appellate review.

2. Defendant's motion for permission to appeal *in forma pauperis* (Dkt. 492) is **DENIED**.

**DONE and ORDERED** in Tampa, Florida, on this 18th day of April, 2018.

/s/ *James D. Whittemore*
**JAMES D. WHITTEMORE**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record